United States District Court
Southern District of Texas
**ENTERED**
September 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § § | CRIMINAL ACTION NO. H-21-177 |
| ALEX AHMED KASSEM | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 32). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 16, 2022 |
| Responses are to be filed by: | December 30, 2022 |
| Interim pretrial conference is set for: | **December 2, 2022 at 9:30 a.m.** |
| Pretrial conference is reset to**:** | **January 23, 2023 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 30, 2023 at 9:00 a.m.** |

SIGNED on September 21, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge